# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134077

CHARLES NASH,
        Claimant-Appellee,

v

                                   SC: 134077
                                   COA: 275069
                                   Muskegon CC: 06-044698-AE

DEPARTMENT OF LABOR & ECONOMIC
GROWTH, UNEMPLOYMENT INSURANCE
AGENCY,
        Appellant.
_____/

        On order of the Court, the application for leave to appeal the April 27, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals, which shall hold this case in abeyance pending its decision in *Department of Labor & Economic Growth v Jordan* (Court of Appeals Docket No. 272634) and *Department of Labor & Economic Growth v Dykstra* (Court of Appeals Docket No. 271535). After *Jordan* and *Dykstra* are decided, the Court of Appeals shall reconsider this case in light of those cases.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2007

d0911

_____
Clerk